# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE D. PRIOR, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 21-cv-1546-MMA (AHG)<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>[Doc. No. 9] |

On February 1, 2022, Plaintiffs Joe D. Prior and Kara Prior and Defendants Winnebago Industries, Inc., La Mesa R.V. Center, Inc., and Bank of America, N.A. filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a). Doc. No. 9. Accordingly, the Court **DISMISSES** this action in its entirety with prejudice. Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: February 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael M. Anello_
　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge